UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON DIVISION

|  |  |
|---|---|
| PLYMOUTH ROCK ASSURANCE CORPORATION AS SUBROGEE OF PABLO SANTIAGO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendant. | C.A. NO. |

## COMPLAINT AND JURY DEMAND

Plaintiff, Plymouth Rock Assurance Corporation as Subrogee of Pablo Santiago, hereby submits this Complaint and alleges as follows:

### PARTIES AND JURISDICTION

1. The Plaintiff, Plymouth Rock Assurance Corporation as Subrogee of Pablo Santiago ("Plymouth Rock"), is a Massachusetts corporation with an address of 695 Atlantic Avenue, Boston, Massachusetts 02112.

2. At all relevant times, Plymouth Rock was the motor vehicle insurer for Pablo Santiago, a resident of Springfield, Massachusetts and a citizen of the United States.

3. The Defendant, the United States Postal Service, is an independent agency of the executive branch of the United States federal government, with a General Mail Facility located at 25 Dorchester Avenue, Boston, Massachusetts 02205.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1346(b)(1).

### FACTUAL ALLEGATIONS

5. On or around December 23, 2020, Robert Washington, an employee of the Defendant, was operating a motor vehicle owned by the Defendant on Union Street in Springfield, Massachusetts, when his vehicle left its lane of travel.

6. At all relevant times, Mr. Washington was working in his official capacity as an agent, servant, or employee of the Defendant.

7. At that same time, Pablo Santiago was operating a motor vehicle in a safe manner heading in the opposite direction on Union Street in Springfield, MA.

8. As Mr. Washington and Mr. Santiago passed each other, Mr. Washington's vehicle strayed out of its lane and struck the left side of Mr. Santiago's vehicle, which was traveling safely in the opposite direction in its proper lane of travel.

9. Mr. Santiago was unable to avoid impact with the Defendant's vehicle.

10. As a result of the Defendant's employee's negligence, Mr. Santiago and his passenger were injured.

11. Plymouth Rock paid insurance proceeds to and on behalf of its insured, Pablo Santiago, for these damages under the PIP portion of his policy, and is, therefore, subrogated of his rights.

## LEGAL CLAIMS

### Count 1: Negligence

12. The Plaintiff repeats and incorporates herein by reference paragraphs 1 through 11 of Plaintiff's Complaint as if fully set forth herein.

13. Mr. Washington had a duty to operate the Defendant's vehicle in a reasonably safe manner.

12. Mr. Washington breached that duty.

13. The Defendant is liable for the negligent act of its agent, servant or employee, Mr. Washington.

14. As a direct and proximate result of the Defendant's employee's breach, Plymouth Rock paid insurance proceeds to and on behalf of its insured.

15. On or about June 14, 2022, the Plaintiff submitted Standard Form 95 to the Defendant, in compliance with the Federal Tort Claims Act. See Exhibit 1.

16. More than six months has passed, and the claim is deemed denied under 28 U.S.C. §2675(a).

WHEREFORE, Plaintiff, Plymouth Rock Assurance Corporation as Subrogee of Pablo Santiago, demands judgment against the Defendant, the United States Postal Service, plus interest, costs and any further relief that the Court deems appropriate under the circumstances.

PLAINTIFF DEMANDS A TRIAL BY JURY

                                         Respectfully submitted,
                                         Plymouth Rock Assurance Corporation
                                         as Subrogee of Pablo Santiago,
                                         By its attorney,

                                         _____
                                         David H. Stillman (BBO# 555554)
                                         Tess Brennan (BBO# 643834)
                                         Stillman & Associates, P.C.
                                         51 Mill Street, Suite 11
                                         Hanover, MA 02339
                                         Tel: (781) 829-1077
                                         Fax: (781) 829-2077

Dated:      April 10, 2023