| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Postal Service, Tort Claims Unit General Mail Facility, 25 Dorchester Ave., Room 4019 Boston, MA 02205 | Plymouth Rock Assurance a/s/o Pablo Santiago c/o David Stillman, Stillman & Associates 51 Mill St., Ste. 11, Hanover, MA 02339 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | 12/23/2020 | 1:25 pm |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On Dec. 23, 2020, Antonio Santiago was driving in a safe and reasonable manner on Union St. in Springfield, MA, when he was sideswiped by a postal vehicle (reg. # 2217175) driven by postal employee Robert Washington. Both vehicles ' side mirrors were damaged and Mr. Santiago and his father, Pablo Santiago, were injured.
Plymouth Rock paid $11,431.90 in PIP payments for Mr. Santiago and his father and is seeking reimbursement for 50% of those damages, or $5,715.95.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Pablo Centeno (Santiago), 432 Summer Ave., Apt. 2, Springfield, MA 01108

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Antonio and Pablo Santiago both suffered neck and back injuries: lumbar strain, sprain of ligaments of the cervical spine, sublaxation and muscle spasms, (Antonio); lumbar strain, acute lower back pain and muscle spasm, and right leg muscle weakness, (Pablo), both requiring medical evaluations, pain management and physical therapy.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Antonio Santiago | 432 Summer Ave., Apt. 3, Springfield, MA 01108 |
| Pablo Santiago | 432 Summer Ave., Apt. 2, Springfield, MA 01108 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| | $5,715.95 | | $5,715.95 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 781-829-1077 | 6/14/2022 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?   [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [ ] No

This is a subrogation claim brought by Plymouth Rock Assurance Co.

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [ ] Yes   [ ] No

17. If deductible, state amount.

See above.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

See above.

19. Do you carry public liability and property damage insurance?   [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [X] No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Commonwealth of Massachusetts
## Motor Vehicle Crash
## Police Report

| Date of Crash | Time of Crash | City/Town | | Number Vehicles | Number Injured | Speed Limit 30 | State Police ☐ |
|---|---|---|---|---|---|---|---|
| 12/23/2020 | 13:25 24H R | Springfield | | 2 | 0 | Lat. Lon. | Local Police ✔ MBTA Police ☐ Other ☐ |

**AT INTERSECTION**          **< LOCATION >**          **NOT AT INTERSECTION**

**2** 10

---

**1 1**

| Route# | Direction | Name of Roadway/Street |
|---|---|---|
| | | At |

Route#  Direction  Address#  **263**  **UNION ST**  Name of Roadway/Street

Feet N S E W of ___ or ___

| Route# | Direction | Name of Intersecting Roadway/Street |
|---|---|---|
| | | Also at intersection with |

Mile Marker ___ Exit Number ___

Feet N S E W of ___

**5** 11

**2 1**

Route#  Direction  Name of Intersecting Roadway/Street

Feet N S E W of ___ Route# ___ Intersecting Roadway/Street

**3**

**Please Select One of the Following:** ✔ Vehicle 1  2 #Occupants ☐ Hit/Run ☐ Moped

Landmark

## 20-4455-AC

License# ___ St **MA** DOB/Age ___

Reg# **9WT828**    Reg Type **PAN**    Reg State **MA**

Sex **M**  Lic. Class **D** 19  19 Lic. Restrictions ___ 20 ☐ CDL ☐ Endorsement

Veh Year **2006**  Veh Make **NISS**    Veh Config. **2** 21

Operator **SANTIAGO, ANTONIO**

Owner **CENTENO, PABLO**

**12** 12

| Last | First | Middle |
|---|---|---|

**4 1** Address **432 SUMNER AVE3**

Address **432 SUMNER AVE2FL**

City **SPRINGFIELD**  State **MA** Zip **01108-2305**

City **SPRINGFIELD**    State **MA** Zip ___

**5** Insurance Company **PLYMOUTH ROCK ASSURANCE C**

Vehicle Action Prior to Crash **1** 22    Damaged Area Code: 27 27 27

Vehicle Travel Direction N S E W  Responding to Emergency? **2**

Event Sequence **1** 23 ___ 23 ___ 23 ___ 23    Test Status: **1** 28

Citation # (if Issued) ___

Most Harmful Event **1** 24    Type of Test: ___ 29

Viol. 1 (Ch/Sec/Sub) ___  Viol. 2 (Ch/Sec/Sub) ___

Driver Contributing Code **99** 25    BAC Test Result: ___ 30

**6 2** Viol. 3 (Ch/Sec/Sub) ___  Viol. 4 (Ch/Sec/Sub) ___

Driver Distracted by **0** 26    Susp. Alcohol: **2** 31 Susp. Drug: **2** 32

Towed from scene? **2** 33

**13** 13

**Please fill out for operator and all occupants**

| Name (Last First Middle) | Address | DOB/Age | Sex | 34 Seat Pos. | 35 Safety System | 36 Airbag Status | 37 Eject Code | 38 Trap Code | 39 Injury Status | 40 Transp. Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator | See Above | - | - | 1 | 1 | 4 | 0 | 0 | 10 | 1 | |
| CENTENO, PABLO | 432 SUMNER AVE2FL, SPRINGFIELD MA | | M | 3 | 1 | 4 | 0 | 0 | 10 | 1 | |

---

**7 1** **Please Select One of the Following:** ✔ Vehicle 2  1 #Occupants ☐ Non-Motorist Type ___ 15 Action ___ 16 Location ___ 17 Condition ___ 18 ☐ Hit/Run ☐ Moped

License# ___ St **MA** DOB/Age ___

Reg# **2217175**    Reg Type **GOV**    Reg State **MA**

Sex **M**  Lic. Class **D** 19  19 Lic. Restrictions ___ 20 ☐ CDL ☐ Endorsement

Veh Year **1998**  Veh Make **GRUM**    Veh Config. **2** 21

Operator **WASHINGTON, ROBERT**

Owner **UNITED STATES POST OFFICE**

**14** 14

| Last | First | Middle |
|---|---|---|

Address **111 MANCHESTER TER**

Address **1883 MAIN ST**

City **SPRINGFIELD**  State **MA** Zip **01108**

City **SPRINGFIELD**    State **MA** Zip ___

**8 1** Insurance Company **SELF INSURED**

Vehicle Action Prior to Crash **1** 22    Damaged Area Code: 27 27 27

Vehicle Travel Direction N S E W  Responding to Emergency? **2**

Event Sequence **1** 23 ___ 23 ___ 23 ___ 23    Test Status: **1** 28

Citation # (if Issued) ___

Most Harmful Event **1** 24    Type of Test: ___ 29

Viol. 1 (Ch/Sec/Sub) ___  Viol. 2 (Ch/Sec/Sub) ___

Driver Contributing Code **99** 25    BAC Test Result: ___ 30

**9 2** Viol. 3 Ch/Sec/Sub ___  Viol. 4 (Ch/Sec/Sub) ___

Driver Distracted by **0** 26    Susp. Alcohol: **2** 31 Susp. Drug: **2** 32

Towed from scene? **2** 33

**Please fill out for operator and all occupants**

| Name (Last First Middle) | Address | DOB/Age | Sex | 34 Seat Pos. | 35 Safety System | 36 Airbag Status | 37 Eject Code | 38 Trap Code | 39 Injury Status | 40 Transp. Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator | See Above | - | - | 1 | 1 | 5 | 0 | 0 | 10 | 1 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

---

## Crash Diagram:

➡ = Direction    1 = Vehicle 1    2 = Vehicle 2    ♀ = Pedestrian    🚲 = Bicycle

Ie: ➡ 1    ➡ 2    ➡ ♀    ➡ 🚲

**20-4455-AC**



Union St.

M/V#1

M/V#2

North

**If Crash Did Not Occur on a Public Way:**

- ☐ Off-Street Parking Lot
- ☐ Garage
- ☐ Mall/Shopping Center
- ☐ Other Private Way

### Crash Narrative:

M/V#1 was traveling West on Union St
M/V#2 was traveling East on Union St
both vehicles mirrors hit each other breaking both mirrors
No injuries reported
No tows needed
No BWC

### Witnesses:

| Name (Last, First, Middle) | Address | Phone # | Statement |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

### Property Damage:

| Owner (Last, First, Middle) | Address | Phone # | 41-Type | Description of Damaged Property |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

### Truck and Bus Information:

Registration # _____ (From Vehicle Section)

Carrier Name _____    Bus Use 42 _____

Address _____ City _____ State _____ Zip _____

USDOT # _____ State Number _____ Issuing State _____ MC/MX/IC# _____

Interstate 43 _____ Cargo Body Type Code 44 _____ GVWR\GCWR 45 _____

Trailer Reg# _____ Reg Type _____ Reg State _____ Reg Year _____ Trailer Length 46 _____

### Hazmat Information:

Placard 47 _____ Material 1 digit# 48 _____ Material Name _____ Material 4 digit# _____ Release code 49 _____

| Howard Lockwood | | HL | Springfield PD | | 12/23/2020 |
|---|---|---|---|---|---|
| Police Officer Name (Please Print) | Signature | ID/Badge# | Department | Precinct/Barracks | Date |
| 00000001 | Last Mod: 12/28/2020 4:27 PM | Page 2 | | | https://www.crashlogic.com |

**Plymouth Rock** assurance.
*More Than Just Insurance*

PO Box 9112
Boston, MA 02112-9112

## OPERATOR'S QUESTIONNAIRE

INSURED: Pablo Santiago
CLAIM NUMBER: 654501887245
DATE OF ACCIDENT: 12/23/2020

Your Name and Address: Antonio Santiago

432 Summer Ave Apt. 3 Springfield, MA    Daytime telephone: (413) 737-9187

Your Driver's license number: S8651144        Date of birth: 5/8/80

Year/Make/Model of your vehicle 2006 Nissan titan        Plate # 9WT828

Are you the owner of this car? __YES __/NO

If No, what was the purpose of your use of this car? giving father a ride home

Year/Make/Model of the other vehicle 1998 Grumman Postal Truck    Plate # 2217175

Other Operator's Name & License #: Robert Washington - License number unknown

Other Party's Insurance Company & Policy #: self insured

Location of Accident: Union st.  Springfield, MA        Time: 1²⁵ p.m.

How did the accident happen? (Include direction and speed of each vehicle.) I was driving on
Union st. when a truck coming in the opposite direction started to come
into my lane, striking the side of my car and causing a quick jerk
to the right.

Was anyone injured __/YES __ NO. If yes, who and what injuries did they sustain? Both me and my father
I hurt my neck and my father hurt his leg and back

Please mark the initial point of impact using an X:

Vehicle Diagram                    Vehicle Diagram                    Vehicle Diagram
Front          Rear      Front          Rear      Front          Rear

Please describe the damage to each vehicle involved: The driver's side of both vehicles

What were the weather conditions? Clear



Did anyone have a traffic control (stop sign, traffic light, etc.)? _No_

How many persons were in each vehicle? _Two in my vehicle - One in the other vehicle_

Please list names of passengers: _Pablo Santiago_

Did police come to the scene? _✓YES_ __ NO. If yes, which department? _Springfield Police Dept._

Were any citations issued? __YES _✓NO. If yes, to whom? _____

Is there any more information about this accident you would like to provide? _____

_____

_____

_____

Were there any witnesses that were not passengers in either vehicle? __YES _✓NO

If yes, who? _____

_____

Please fill in the following diagram to give a visual representation of how the accident occurred:



Date: _2/17/21_                     Signed: _Antonio Santin_

00034-00026-0033-0000654-000F

# Payment Listing

05/19/2022
Page 1 of 1

**Claim Number:** 654501887245
**Loss Date:** 12/23/2020

**Claimant:** 001
**Claimant:** Pablo Santiago

**Home Phone:**
**Work Phone:**
**Address:**
S

**Policy Number:** PRA000002305168
**Insured:** Pablo Santiago

**Coverage:** PIP
**Reserve:** Claim Expense, Loss
**Loss Types:** Medical
**Detail Types:** Medical Expense, Loss Payment, PPO Fee Expense Payment

| Issue Date | Payee Name | Check Number | CTG | Amount | Date of Service | Memo |
|---|---|---|---|---|---|---|
| 05/18/2022 | MITCHELL INTERNATIONAL INC | 5110011105 | E | $106.59 | 05/16/2022-05/15/2022 | Mitchell PPO Fees, Invoice Number:1019755983 Bill Number:49460951 |
| 04/19/2022 | BAYSTATE MEDICAL CENTER INC | 5510058795 | L | $1,318.08 | 06/14/2021-06/14/2021 | No. 90156825969-Dod 6/14/21-Pablo Santiago |
| 09/23/2021 | PILGRIM RISK MANAGEMENT LLC | B10890a756 | E | $6.97 | 07/22/2021-07/22/2021 | Payment of Medical Payments Benefits |
| 11/21/2021 | MITCHELL INTERNATIONAL INC | 5110006103 | E | $10.63 | 07/16/2021-07/15/2021 | Mitchell PPO Fees, Invoice Number:942014719 Bill Number:46873B8 |
| 03/24/2021 | MERCY INPATIENT MEDICAL ASSOCIATES INC | 5510044010 | L | $74.97 | 12/24/2020-12/24/2020 | 4567368 RCD 06/2221; 122420-122420 BLD $134.00 ALWD $74.97 DED $0.00 CP $0.00 |
| 04/13/2021 | ACTION CHIROPRACTIC & PT | 5510040789 | L | $830.00 | 03/22/2021-04/05/2021 | SANPA00 3/22/21-4/5/21 Pablo Santiago |
| 06/30/2021 | ACTION CHIROPRACTIC & PT | 5510040128 | L | $2,480.00 | 01/08/2021-03/08/2021 | SANPA00 1/8/21-3/8/21 Pablo Santiago |
| 04/24/2021 | ACTION CHIROPRACTIC & PT | 5510039860 | L | $295.00 | 01/06/2021-01/06/2021 | sanpa00 1/6/21 Pablo Santiago |
| 06/16/2021 | EXAM WORKS INC | 5510039470 | E | $395.00 | | #310-2280392 Pablo Santiago |

Plymouth Rock Assurance
PO Box 9112
Boston MA 02112-9112

## 90 DAY REVIEW TEMPLATE

**PERSONAL INJURY PROTECTION / MEDICAL SUBROGATION CALCULATON**

| INJURED | MEDICAL | WAGES | OTHER | UNALLOC. | ALLOC. | TOTAL |
|---|---|---|---|---|---|---|
| Antonio Santiago | $4,505.97 | $0.00 | $0.00 | $450.60 | $458.29 | $5,414.86 |
| Pablo Santiago | $4,998.05 | $0.00 | $0.00 | $499.81 | $519.19 | $6,017.05 |

Mercy Medical Center EDM *LIVE*
ED Physician Documentation Summary Report

Patient: SANTIAGO,PABLO   63/M          Service Date: 12/24/20
Account: AA0113611538   DOB: 06/30/1957   Service Time: 1423
PCP:   HIGST                MR#: MM08162697

## HPI
**General**
**Chief Complaint:** Back Pain or Injury
**Stated Complaint:** BACK PAIN
**Time Seen by MD:** 13:18
**Source:** patient, interpreter
**Exam Limitations:** language barrier
**Known Signs of Infection:** No

### History of Present Illness
**Initial Comments**
63-year-old Spanish-speaking male past medical history significant for chronic back pain and
polysubstance abuse presents with 1 day history of right-sided low back pain status post MVA.
Patient was restrained front passenger driver hit on the front driver side by another vehicle traveling
approximately 25 miles per hour. Denies airbag deployment. Denies hitting his head or loss of
consciousness. Self extricated. Car is still drivable. Incident occurred yesterday evening. Patient is
here with 8 out of 10 pain to his lower back with radiation into his right lower back. Pain is worse
with movement and palpation. Denies fevers, chills, abdominal pain, headache, neck pain, vision
changes, nausea, vomiting, bruising, paresthesias, urinary symptoms, urinary or bowel incontinence,
weakness, or other complaints at this time.

### Past Medical History
**Past Medical History**
**PMH and Allergies Reviewed:** Yes

**PMH Collected at Triage**
**Allergies:**
**Coded Allergies:**
   No Known Allergies (Unverified , 12/24/20)

### Social History


### Family History

### Past Inpatient Medical History
**Inpatient Medical Hx:** no pertinent medical hx
**Inpatient Surgical Hx:** no pertinent surgical hx

**Past Medical Hx Genitourinary:** no pertinent GU history

### Review Of Systems
**Review Of Systems**
**Constitutional Symptoms:** Denies: chills, fever

Mercy Medical Center EDM *LIVE*
ED Physician Documentation Summary Report

| | | | |
|---|---|---|---|
| Patient: SANTIAGO,PABLO | 63/M | | Service Date: 12/24/20 |
| Account: AA0113611538 | DOB: 06/30/1957 | | Service Time: 1423 |
| PCP: HIGST | | MR#: MM08162697 | |

**Eye:** Denies: vision changes
**Cardiovascular:** Denies: chest pain
**Respiratory:** Denies: cough
**Musculoskeletal:** Reports: back pain
**Gastrointestinal:** Denies: abdominal pain, diarrhea, nausea, vomiting
**Genitourinary:** Denies: dysuria, urgency
**Skin:** Denies: rash
**Neurological:** Denies: headache, numbness, tingling, weakness
**Allergic/Immunologic:** Denies: immunocompromised
**Hematologic/Lymphatic:** Denies: bruising
**Endocrine:** Denies: diaphoresis

## Exam
Exam
**Vital Signs**

**Vital Signs**

| Date Time | Temp | Pulse | Resp | B/P (MAP) | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 12/24/20 13:29 | 37.0 | 111 | 18 | 147/87 | 97 | Room Air | | |

**Vital Signs Reviewed:** on nursing documentation

### Constitutional
**General Exam:** awake, calm, cooperative; No apparent distress

### Skin
**Skin Exam:** warm, dry; No diaphoresis, No rash, No jaundice

### Eyes
**Eye Exam:** No photophobia

### Neck
**Neck Exam:** soft, supple, full range of motion; No midline tenderness, No decreased range of motion, No nuchal rigidity

### Respiratory
**Respiratory Exam:** No respiratory distress, No accessory muscle use

### Cardiovascular
**Cardiovascular Exam:** regular rate, regular rhythm; No murmur, No rub, No gallop

### Gastrointestinal
**Tenderness:** No: tenderness, rebound, guarding
**Location:** No: flank pain (R), flank pain (L)
**Bowel Sounds:** no abdominal distension

### Musculoskeletal

Mercy Medical Center EDM *LIVE*
ED Physician Documentation Summary Report

| Patient: SANTIAGO,PABLO | 63/M | Service Date: 12/24/20 |
| Account: AA0113611538 | DOB: 06/30/1957 | Service Time: 1423 |
| PCP:    HIGST | MR#: MM08162697 | |

of the bony structures.  No fracture is seen.  There is narrowing of the L4-5 and L5-S1 disc spaces, with vacuum phenomenon at L5-S1, consistent with degenerative disc disease.  Degenerative osteophytes are present throughout the lumbar spine.

Atherosclerotic arterial calcifications are present.

IMPRESSION: No acute findings.  Degenerative disc disease at L4-5 and L5-S1.  There are degenerative osteophytes throughout the lumbar spine.

Code 72100

Dictating Physician:  MERNOFF,DAVID B MD
Electronically Signed by:  MERNOFF,DAVID B MD
Dic Date/Time:  12/24/20 1436
Sign date/Time:  12/24/20 1437MTH0 0

**Departure**
**Diagnosis:** Lumbar strain; injured in motor vehicle accident
**Disposition:** HOME, SELF-CARE
**Condition:** Stable
**Patient Instructions:** Acute Low Back Pain (ED), Motor Vehicle Accident (ED)

**Additional Instructions:**
Take the anti-inflammatory as directed as needed for pain.  Please take this with a small snack or meal.
The Robaxin can cause drowsiness.  Do not drive, drink alcohol, operate machinery, etc. while taking this.

Thank you for coming to the Mercy Emergency Department today. Our entire team works together to provide you with the best care possible.
Examination and treatment you received in the emergency department has been rendered on an EMERGENCY basis only. It is not intended to be a substitute for or an effort to provide complete medical care. You should follow-up with your primary care provider. Please report to your physician any new or remaining problems, because it is impossible to recognize and treat all elements of injury or illness in a single emergency department visit.
If you do not have a primary care provider or require a referral, a follow-up doctor on call for the emergency department will be provided in your discharge packet.
In the event that you're unable to obtain a followup appointment in a timely fashion, OR you are not getting any better, OR you are getting worse, OR you develop any symptoms of concern, please return here immediately for further evaluation. The emergency department is open 24 hours a day, 7 days a week. Your discharge report is based on information that was available when you were in the emergency department
**Referrals:**
HIGH STREET HEALTH CENTER,. (PCP)
**Scripts**
**Methocarbamol** (Robaxin-750) 750 Mg Tablet
750 MG PO QID for MUSCLE SPASM for 5 Days, #20 TABLET 0 Refills
        Prov: REBAI,LEILA A PA-C                                    12/24/20
**Naproxen** (Naprosyn) 500 Mg Tablet
500 MG PO BID PRN for ANALGESIA for 10 Days, #20 TABLET
        Prov: REBAI,LEILA A PA-C                                    12/24/20

# 1500

## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

P

PICA

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

CARRIER

PICA

1. MEDICARE (Medicare #) ☐  MED CAID (Medicaid #) ☐  TRICARE CHAMPUS (Sponsor's SSN) ☐  CHAMPVA (Member ID#) ☐  GROUP HEALTH PLAN (SSN or ID) ☐  FECA BLK LUNG (SSN) ☐  OTHER (ID) ☒

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
654501887245

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, PABLO

3. PATIENT'S BIRTH DATE   MM 06 DD 29 YY 1957   SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, PABLO

5. PATIENT'S ADDRESS (No., Street)
432 SUMNER AVE

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☒  Other ☐

7. INSURED'S ADDRESS (No., Street)
432 SUMNER AVE

CITY SPRINGFIELD   STATE MA

8. PATIENT STATUS
Single ☒  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY SPRINGFIELD   STATE MA

ZIP CODE 01108   TELEPHONE (Include Area Code) (413) 693 4570

ZIP CODE 01108   TELEPHONE (Include Area Code) (413) 693 4570

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH   MM 06 DD 29 YY 57   SEX M ☒ F ☐

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX M ☐ F ☐

b. AUTO ACCIDENT?
YES ☒  NO ☐   PLACE (State) MA

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
PLYMOUTH ROCK ASSURANCE CO.

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☒   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File   DATE 01 06 21

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

14. DATE OF CURRENT: 12 23 20 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES ☐  NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. LS39012A
2. S86811A
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM 01 | DD 06 | YY 21 | To MM 01 | DD 06 | YY 21 | 11 | 1 | 99203 | | 2 | 295.00 | 1 | | NPI | MASLAR 1558311381 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
04-3171699

26. PATIENT'S ACCOUNT NO.
SANPA00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒  NO ☐

28. TOTAL CHARGE
$ 295.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 295.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNATURE ON FILE   DATE 03/10/2

32. SERVICE FACILITY LOCATION INFORMATION
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
a. 1366432627   b.

33. BILLING PROVIDER INFO & PH # (413) 734-7277
Action Chiropractic
870 Main Street
Springfield, MA 01103
a. 1366432627   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

**870 MAIN STREET**
**SPRINGFIELD, MA 01103**

ACTION CHIROPRACTIC & P.T., INC.

**PHONE #:** (413) 734-7277
**FAX #:** (413) 734-7879

## CHIROPRACTIC SOAP NOTE

Name: _Pablo Santiago_  Date: _1/6/21_  DOB: _6/29/57_

**Subjective:**  U = Upper  M = Mid  L = Lower  R = Right  L = Left
Response From Last Visit: _Initial Exam_
( ) No Change – ( ) Cervical – R  L – U  M  L  ( ) Thoracic – R  L – U  M  L  ( ) Lumbar – R  L – U  M  L  ( ) Sacroiliac – R  L
( ) Slight Improve. – ( ) Cervical – R  L – U  M  L  ( ) Thoracic – R  L – U  M  L  ( ) Lumbar – R  L – U  M  L  ( ) Sacroiliac – R  L
( ) Mod. Improve. – ( ) Cervical – R  L – U  M  L  ( ) Thoracic – R  L – U  M  L  ( ) Lumbar – R  L – U  M  L  ( ) Sacroiliac – R  L
( ) Exacerbation – ( ) Cervical – R  L – U  M  L  ( ) Thoracic – R  L – U  M  L  ( ) Lumbar – R  L – U  M  L  ( ) Sacroiliac – R  L
( ) Worse – ( ) Cervical – R  L – U  M  L  ( ) Thoracic – R  L – U  M  L  ( ) Lumbar – R  L – U  M  L  ( ) Sacroiliac – R  L
( ) Resolved – ( ) Cervical – R  L – U  M  L  ( ) Thoracic – R  L – U  M  L  ( ) Lumbar – R  L – U  M  L  ( ) Sacroiliac – R  L
**Frequency of Pain:**
Constant – C – R  L – T – R  L – L – R  L  Frequent – C – R  L – T – R  L – L – R  L  Intermittent – C – R  L – T – R  L – L – R  L
Occasional – C – R  L – T – R  L – L – R  L  Absent – C – R  L – T – R  L – L – R  L

Comments: _PT presented c̄ Lsp Px (+) Rt Leg/Knee Px_
_Post MVA on 12/23/20._

**Objective:**  E/M Patient: ( ) –25                    E/M Established Patient: ( ) –25
( ) 99201 New Patient PROBLEM FOCUS            ( ) 99211 Established MIN.
( ) 99202 New Patient EXPANDED PROB. FOCUSED   ( ) 99212 Established PROB. FOCUSED
(X) 99203 New Patient DETAILED                 ( ) 99213 Established EXPANDED

**Palpation Findings:**

| Tenderness/Edema: | | | | |
|---|---|---|---|---|
| Right: | OCC | C 1 2 3 4 5 6 7 | T 1 2 3 4 5 6 7 8 9 10 11 12 | L 1 2 3 4 5 | S/I |
| Left: | OCC | C 1 2 3 4 5 6 7 | T 1 2 3 4 5 6 7 8 9 10 11 12 | L 1 2 3 4 5 | S/I |

**Hypertonicity:**
Right: OCC  C 1 2 3 4 5 6 7  T 1 2 3 4 5 6 7 8 9 10 11 12  L 1 2 3 4 5  S/I
Left: OCC  C 1 2 3 4 5 6 7  T 1 2 3 4 5 6 7 8 9 10 11 12  L 1 2 3 4 5  S/I

**Spasm:** _See Exam_
Right: OCC  C 1 2 3 4 5 6 7  T 1 2 3 4 5 6 7 8 9 10 11 12  L 1 2 3 4 5  S/I
Left: OCC  C 1 2 3 4 5 6 7  T 1 2 3 4 5 6 7 8 9 10 11 12  L 1 2 3 4 5  S/I

**Pain:**
Right: OCC  C 1 2 3 4 5 6 7  T 1 2 3 4 5 6 7 8 9 10 11 12  L 1 2 3 4 5  S/I
Left: OCC  C 1 2 3 4 5 6 7  T 1 2 3 4 5 6 7 8 9 10 11 12  L 1 2 3 4 5  S/I

**Interseg. Limitation:**
Right: OCC  C 1 2 3 4 5 6 7  T 1 2 3 4 5 6 7 8 9 10 11 12  L 1 2 3 4 5  S/I
Left: OCC  C 1 2 3 4 5 6 7  T 1 2 3 4 5 6 7 8 9 10 11 12  L 1 2 3 4 5  S/I

**Subluxation:**
Right: OCC  C 1 2 3 4 5 6 7  T 1 2 3 4 5 6 7 8 9 10 11 12  L 1 2 3 4 5  S/I
Left: OCC  C 1 2 3 4 5 6 7  T 1 2 3 4 5 6 7 8 9 10 11 12  L 1 2 3 4 5  S/I

Radiating to the: _____ (Dermatome Level)
**Assessment:** (Treatment To Date)
( ) Responding Well To Treatment – ( ) Cervical  ( ) Thoracic  ( ) Lumbar  ( ) Sacroiliac
( ) No Change – ( ) Cervical  ( ) Thoracic  ( ) Lumbar  ( ) Sacroiliac
Comment(s): _____

**Plan:** _____
( ) 97012 – Intersegmental Traction – T – U  M  L   L – U  M  L - 15 mins. – Roller Height: _____ to patient's tolerance.
    ( ) Decrease – ( ) Spasm ( ) Hypertonicity ( ) Edema ( ) Pain ( ) Intersegmental Fixation
( ) 97010 – Moist Heat – C – U  M  L   T – U  M  L - 15 mins.
    ( ) Decrease – ( ) Spasm ( ) Hypertonicity ( ) Edema ( ) Pain ( ) Increase Circulation
( ) 97014 – EMS – ( ) C – R  L – U  M  L  ( ) T – R  L – U  M  L  ( ) L – R  L – U  M  L - 15 mins. – _____ % to patient's tolerance.
    ( ) Decrease – ( ) Spasm ( ) Hypertonicity ( ) Edema ( ) Pain   ( ) Increase Circulation
( ) 97140 – Manual Therapy: _____
( ) 97110 – Therapeutic Exercise – In Office Instruction – Increase – ( ) Strength ( ) Endurance ( ) Flexibility ( ) ROM
( ) Treatment rendered without incident.
**Technique:**  S.O.T.  Thomp.  Dvf.  Act.  Flexion/Distraction _____
**Adjustment:**  ( ) 98940 CMT 1-2 Regions  ( ) 98941 CMT 3-4 Regions

Comments: _See Exam & PT referral_

Patient's Initials: _PS_  I, _John F. Maslar_, John F. Maslar, D.C., certify that I am a duly licensed chiropractor under the laws of the Commonwealth of Massachusetts, and further that the foregoing statements are true and accurate to the best of my personal knowledge. Subscribed and sworn to under the pains and penalties of perjury.

Patient Consult ( )

Patient: Pablo Santiago DOI: 12/23/80 Date: 1/6/21

Symptoms: Lowback

Onset: 12/24/20

Duration:  (Constant) (75-100%)   Frequently (50-75%)   Occasional (25-50%)   Intermittent (25%)   Other

Previous Chronicity: no

Type of Pain: Dull ache, spasm, throb

Radiation: none ,

Exacerbation Factors: ADl's

Relieving Factors: muscle relaxer

Symptoms: Rt leg pt /knee

Onset: 12/24/20

Duration:  (Constant) (75-100%)   Frequently (50-75%)   Occasional (25-50%)   Intermittent (25%)   Other

Previous Chronicity: no

Type of Pain: Sharp pt

Radiation: Down to calf

Exacerbation Factors: ADl's

Relieving Factors: muscle relaxer

Symptoms:

Onset:

Duration:  Constant (75-100%)   Frequently (50-75%)   Occasional (25-50%)   Intermittent (25%)   Other

Previous Chronicity:

Type of Pain:

Radiation:

Exacerbation Factors:

Relieving Factors:

I, John F Allalaire D.C. certify that the foregoing is true and accurate.
Subscribed and sworn to under the pains and penalties of perjury.

ase check, if you have ever had the following complications.

## Past Medical History

| | | |
|---|---|---|
| ( ) Alcoholism | ( ) Gall Bladder Disease | ( ) Miscarriage |
| ( ) Anemia | ( ) Heart Attack | ( ) Multiple Sclerosis |
| ( ) Appendicitis | ( ) Heart Disease | ( ) Pacemaker |
| ( ) Arthritis | ( ) Hepatitis A B C | ( ) Psychological Issues |
| ( ) Asthma | ( ) Hernia | ( ) Anxiety |
| ( ) Bleeding Disorder | ( ) High Blood Pressure | ( ) Depression |
| ( ) Breast Lump(s) | ( ) High Cholesterol | ( ) Bipolar Disorder |
| ( ) Bronchitis | ( ) HIV/Aids | ( ) Stroke |
| ( ) Cancer | ( ) Kidney Disease | ( ) Tonsillitis |
| ( ) Chemical Dependency | ( ) Liver Disease | ( ) Tuberculosis |
| ( ) Diabetes | ( ) Lung Disease | ( ) Ulcers |
| ( ) Emphysema | ( ) Migraines/Headaches | ( ) Uterine Abnormalities |
| ( ) Epilepsy | ( ) Other: | |

**For women only:**
( ) Pelvic Inflammatory Disease
( ) Endometriosis
( ) Trouble with your period
( ) Complicated pregnancies or deliveries
( ) Pregnant or think you might be pregnant
   How far along are you?
( ) Other: _____

**For men only:**
( ) Prostate Disease
( ) Other: _____

Do you have any allergies? ( ) Yes (✓) No
If yes, please list: _____

Have you ever had surgery? ( ) Yes (✓) No
If yes, please list: _____

## Medication(s)

Do you take any prescription medication?

| | | |
|---|---|---|
| ( ) Percocet | ( ) Tylenol #3 | ( ) Soma |
| ( ) Vicodin | ( ) Naproxen | ( ) Ultram |
| ( ) Flexeril | ( ) Valium | ( ) Other: |

Do you take any nonprescription medication?

| | | |
|---|---|---|
| ( ) Advil/Aleve | ( ) Aspirin | ( ) Motrin |
| ( ) Antacids | ( ) Decongestants | ( ) Tylenol |
| ( ) Ibuprofen/Naproxen | ( ) Antihistamines | ( ) Other: |

## Current Medical Treatment

Are you receiving treatment for a current medical condition? ( ) Yes (✓) No
If yes, please list: _____

## Prior Injury History

(✓) Motor Vehicle Accident          ( ) Pedestrian Injury
( ) Work Related Injury              ( ) Motorcycle Injury
( ) Slip And Fall                    ( ) Other Or Explanation Of Injury Above:

### Family Medical History
Unremarkable

### Social History
Smoke 1 pack 2-3 days

x _Pablo Santiago_                    1/5/2021
Authorizing Signature                  Date

20yrs - resolved

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

| | | |
|---|---|---|
| **1. MEDICARE** (Medicare #) | **MEDICAID** (Medicaid #) | **TRICARE CHAMPUS** (Sponsor's SSN) | **CHAMPVA** (Member ID#) | **GROUP HEALTH PLAN** (SSN or ID) | **FECA BLK LUNG** (SSN) | **OTHER** (ID) | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1) 654501887245 |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
SANTIAGO, PABLO

**3. PATIENT'S BIRTH DATE** 06 29 1957   **SEX** M☐ F☐

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
SANTIAGO, PABLO

**5. PATIENT'S ADDRESS (No., Street)**
432 SUMNER AVE

**6. PATIENT RELATIONSHIP TO INSURED**
Self☐ Spouse☐ Child☒ Other☐

**7. INSURED'S ADDRESS (No., Street)**
432 SUMNER AVE

**CITY** SPRINGFIELD  **STATE** MA

**8. PATIENT STATUS**
Single☒ Married☐ Other☐

**CITY** SPRINGFIELD   **STATE** MA

**ZIP CODE** 01108  **TELEPHONE (Include Area Code)** (413) 693 4570

Employed☐ Full-Time Student☐ Part-Time Student☐

**ZIP CODE** 01108  **TELEPHONE (Include Area Code)** (413) 693 4570

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES☐ NO☒

**a. INSURED'S DATE OF BIRTH** MM 08 DD 9 YY 977  **SEX** M☐ F☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M☐ F☐

**b. AUTO ACCIDENT?** YES☒ NO☐  **PLACE (State)** MA

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES☐ NO☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
PLYMOUTH ROCK ASSURANCE CO.

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES☐ NO☐  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   Signature on File   DATE   01 06 21

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   Signature on File

**14. DATE OF CURRENT:** MM 12 DD 23 YY 20  **ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)**  INJURY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY   TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
JOHN T. MASTAR D.C.   **17a.**   **17b. NPI** 1558311381

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY   TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES☐ NO☐   **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)**
1. LS39012A
2. S86811A
3.
4.

**22. MEDICAID RESUBMISSION CODE**   **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 08 21 | 01 08 21 | 11 | | 97161 | 2 | 165 00 | 1 | | NPI | RODGERS 1245220607 |
| 01 08 21 | 01 08 21 | 11 | | 97014  59 | | 50 00 | 1 | | NPI | RODGERS 1245220607 |
| 01 08 21 | 01 08 21 | 11 | | 97010  59 | | 45 00 | 1 | | NPI | RODGERS 1245220607 |
| 01 11 21 | 01 11 21 | 11 | | 97010 | 1 | 45 00 | 1 | | NPI | RODGERS 1245220607 |
| 01 11 21 | 01 11 21 | 11 | | 97014 | 1 | 50 00 | 1 | | NPI | RODGERS 1245220607 |
| | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 01 13 21 01 13 2   SSN☐ EIN☒

**26. PATIENT'S ACCOUNT NO.** SANR200

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES☒ NO☐

**28. TOTAL CHARGE** $ 400 00

**29. AMOUNT PAID** $

**30. BALANCE DUE** $ 400.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE   03/10/2   DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
a. 1366432627  b.

**33. BILLING PROVIDER INFO & PH #** (413) 734-7277
Action Chiropractic
870 Main Street
Springfield, MA 01103
a. 1366432627  b.

MDSH 154749489

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)
Mfd. by Medical Arts Press
Call toll-free: 1-800-328-2179

#14710 - Medical Arts Press
Use with Envelope #14145 (gummed) or #14146 (self-seal)

# 1500

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER X (ID) |
|---|---|---|---|---|---|---|

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
654501887245

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, PABLO

3. PATIENT'S BIRTH DATE
MM 06 DD 29 YY 1957   SEX M  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, PABLO

5. PATIENT'S ADDRESS (No., Street)
432 SUMNER AVE

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child X  Other

7. INSURED'S ADDRESS (No., Street)
432 SUMNER AVE

CITY
SPRINGFIELD   STATE

8. PATIENT STATUS
Single X  Married  Other

CITY
SPRINGFIELD   STATE MA

ZIP CODE
01108   TELEPHONE (Include Area Code)
(413) 693 4570

Employed  Full-Time Student  Part-Time Student

ZIP CODE
01108   TELEPHONE (Include Area Code)
(413) 693 4570

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES  NO X

a. INSURED'S DATE OF BIRTH
MM 06 DD 29 YY 57   SEX M X  F

b. OTHER INSURED'S DATE OF BIRTH
MM  DD  YY   SEX M  F

b. AUTO ACCIDENT?
YES X  NO   PLACE (State) MA

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME
PLYMOUTH ROCK ASSURANCE CO.

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File   DATE 01 06 21

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM 12 DD 23 YY 20   INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE
JOHN C. MASHAR D.C.   1558311381

20. OUTSIDE LAB?
YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. LS39012A   3.
2. LS86811A   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 01 20 21 01 20 21 | 11 | | 97014 | 2 | 50 00 | | | NPI | RODGERS 1245220607 |
| 01 22 21 01 22 21 | 11 | | 97010 | | 45 00 | | | NPI | RODGERS 1245220607 |
| 01 22 21 01 22 21 | 11 | | 97014 | | 50 00 | | | NPI | RODGERS 1245220607 |
| 01 27 21 01 27 21 | 11 | | 97010 | | 45 00 | | | NPI | MASIH 1154749489 |
| 01 27 21 01 27 21 | 11 | | 97014 | | 50 00 | | | NPI | MASIH 1154749489 |
| 01 29 21 01 29 21 | 11 | | | | | | | NPI | RODGERS 1245220607 |

25. FEDERAL TAX I.D. NUMBER   SSN EIN

26. PATIENT'S ACCOUNT NO.
SANTPA00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES  NO

28. TOTAL CHARGE
$ 305 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 305.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNATURE ON FILE   03/10/2   DATE
a. 1366432627   b.

32. SERVICE FACILITY LOCATION INFORMATION
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
a. 1366432627   b.

33. BILLING PROVIDER INFO & PH # (413) 734-7277
Action Chiropracti
870 Main Street
Springfield, MA 01103
a. 1366432627   b.

NUCC Instruction Manual available at: www.nucc.org
Mfd. by Medical Arts Press
Call toll-free: 1-800-328-2179

PLEASE PRINT OR TYPE

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)
#14710 - Medical Arts Press
Use with Envelope #14145 (gummed) or #14146 (self-seal)

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

PICA

| 1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) (ID) | 654501887245 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, PABLO

3. PATIENT'S BIRTH DATE   SEX
MM 06 DD 29 YY 1957   M ☒   F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, PABLO

5. PATIENT'S ADDRESS (No., Street)
432 SUMNER AVE

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☒ Other ☐

7. INSURED'S ADDRESS (No., Street)
432 SUMNER AVE

CITY SPRINGFIELD   STATE MA

8. PATIENT STATUS
Single ☒   Married ☐   Other ☐

CITY SPRINGFIELD   STATE MA

ZIP CODE 01108   TELEPHONE (Include Area Code) ( 413 ) 693 4570

Employed ☒   Full-Time Student ☐   Part-Time Student ☐

ZIP CODE 01108   TELEPHONE (Include Area Code) (413)693 4570

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. EMPLOYMENT? (Current or Previous)   ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH
MM 06 DD 29 YY 57   M ☒   F ☐

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY   SEX   M ☐   F ☐

b. AUTO ACCIDENT?   ☒ YES  ☐ NO   PLACE (State) MA

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
PLYMOUTH ROCK ASSURANCE CO.

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature on File   DATE 01 06 21

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature on File

14. DATE OF CURRENT:   ILLNESS (First symptom) OR   INJURY (Accident) OR   PREGNANCY (LMP)
MM 12 DD 23 YY 20   INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
JOHN P. MASIAR D.C.

17a.
17b. NPI   1558311381

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   ☐ YES  ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. S39012A
2. S86811A
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 02 05 21 02 05 21 | 11 | 1 | 97010 | 2 | 45.00 | 1 | | NPI | RODGERS 1245220607 |
| 02 05 21 02 05 21 | 11 | 1 | 97014 | 2 | 50.00 | 1 | | NPI | RODGERS 1245220607 |
| 02 08 21 02 08 21 | 11 | 1 | 97164 | 1 | 90.00 | 1 | | NPI | RODGERS 1245220607 |
| 02 10 21 02 10 21 | 11 | 1 | 97110 | 2 | 65.00 | 1 | | NPI | MASIH 1154749489 |
| 02 10 21 02 10 21 | 11 | 1 | 97010 | 1 | 45.00 | 1 | | NPI | MASIH 1154749489 |
| 02 10 21 02 10 21 | 11 | 1 | 97014 | 1 | 50.00 | 1 | | NPI | MASIH 1154749489 |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
04-3171699   ☒

26. PATIENT'S ACCOUNT NO.
SANPA00

27. ACCEPT ASSIGNMENT?
☒ YES  ☐ NO

28. TOTAL CHARGE
$ 345.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 345.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE   DATE 03/10/2

32. SERVICE FACILITY LOCATION INFORMATION
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
a. 1366432627   b.

33. BILLING PROVIDER INFO & PH # (413) 734-7277
Action Chiropractic
870 Main Street
Springfield, MA 01103
a. 1366432627   b.

PLEASE PRINT OR TYPE

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

PICA

| 1. MEDICARE   MEDICAID   TRICARE CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) (ID) X | 654501887245 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, PABLO

3. PATIENT'S BIRTH DATE  06 29 1957  SEX M[X] F[ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO   PABLO

5. PATIENT'S ADDRESS (No., Street)
432 SUMNER AVE

6. PATIENT RELATIONSHIP TO INSURED
Self[ ] Spouse[ ] Child[X] Other[ ]

7. INSURED'S ADDRESS (No., Street)
432 SUMNER AVE

CITY  SPRINGFIELD   STATE MA

8. PATIENT STATUS
Single[X] Married[ ] Other[ ]

CITY SPRINGFIELD   STATE MA

ZIP CODE 01108   TELEPHONE (Include Area Code) ( 413 ) 693 4570

Employed[ ] Full-Time Student[ ] Part-Time Student[ ]

ZIP CODE 01108   TELEPHONE (Include Area Code) ( 413 )693 4570

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES[ ] NO[X]

a. INSURED'S DATE OF BIRTH  06 29 57  SEX M[X] F[ ]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY  SEX M[ ] F[ ]

b. AUTO ACCIDENT?
YES[X] NO[ ] PLACE (State) MA

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES[ ] NO[X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
PLYMOUTH ROCK ASSURANCE CO.

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES[ ] NO[X]   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature on File   DATE 01 06 21

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature on File

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  12 23 20  INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
JOHN T. MASLAR D.C.

17a.
17b. NPI  1558311381

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES[ ] NO[ ]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. LS39012A
2. S86811A
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 03 01 21  03 01 21 | 11 | 1 | 97110 | 1 2 | 65.00 | 1 | | NPI | RODGERS 1245220607 |
| 03 01 21  03 01 21 | 11 | 1 | 97010 | 1 2 | 45.00 | 1 | | NPI | RODGERS 1245220607 |
| 03 01 21  03 01 21 | 11 | 1 | 97014 | 1 2 | 50.00 | 1 | | NPI | RODGERS 1245220607 |
| 03 03 21  03 03 21 | 11 | 1 | 97110 | 1 2 | 65.00 | 1 | | NPI | MASIH 1154749489 |
| 03 03 21  03 03 21 | 11 | 1 | 97010 | 1 2 | 45.00 | 1 | | NPI | MASIH 1154749489 |
| 03 03 21  03 03 21 | 11 | 1 | 97014 | 1 2 | 50.00 | 1 | | NPI | MASIH 1154749489 |

25. FEDERAL TAX I.D. NUMBER  043171689  SSN[ ] EIN[X]

26. PATIENT'S ACCOUNT NO.  SANRA00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES[X] NO[ ]

28. TOTAL CHARGE  $ 320.00

29. AMOUNT PAID  $ .00

30. BALANCE DUE  $ 320.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE   DATE 03/10/2

32. SERVICE FACILITY LOCATION INFORMATION
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
b. 1366432627

33. BILLING PROVIDER INFO & PH # ( 413 ) 734-7277
Action Chiropractic
870 Main Street
Springfield, MA 01103
b. 1366432627

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

**Action Chiropractic & P.T., Inc.**
**870 Main Street**
**Springfield, MA  01103**
**Telephone #: (413) 734-7277**
**Fax #: (413) 734-7879**

**Name:  Pablo Santiago    Date of Injury:  12/23/20    Date of Birth:  12/23/20**

## PHYSICAL THERAPY INITIAL EVALUATION PERFORMED ON 1/8/21

### REPORTED HISTORY

Pablo Santiago is a 63-year-old male who presented to our facility on 1/6/21 complaining of low back and right lower extremity pain following a motor vehicle accident that occurred on 12/23/20.  Mr. Santiago was a restrained front passenger of a motor vehicle that was hit on the front passenger's side by a mail truck.  He sought medical attention at Mercy Medical Center; where he was examined, x-rays were taken, medication was given for his symptoms, cleared, and discharged.  On 1/6/21, he followed-up at our facility and was examined by Dr. Maslar, who referred him to physical therapy.

### PAST MEDICAL HISTORY

Mr. Santiago was involved in another motor vehicle accident 20 years ago and all injuries resolved.

### OCCUPATIONAL/ACTIVITY OF DAILY LIVING

Mr. Santiago is having difficulty and increase symptoms with yard work, walking, standing, lying in bed, and driving.

### PAIN ASSESSMENT SCALE

Mr. Santiago is complaining of having constant symptoms, which he describes as an overall pain of a 10/10, at its worse, on a pain scale of 0-10, 0 no pain and 10 worse pain.

### MEDICAL DIAGNOSES FOR PHYSICAL THERAPY

1) Lumbar Strain – S39.012A.
2) Right Lower Extremity Strain – S86.811A.

### PHYSICAL THERAPY DIAGNOSES

1) Primary prevention/risk factor reduction for skeletal demineralization.
2) Impaired muscle performance.
3) Impaired joint mobility, muscle performance, and range of motion associated with ligament or other connective tissue disorders.

1

Initial Evaluation
RE: Pablo Santiago
DOI: 12/23/20
DOB: 6/29/57

## ASSESSMENT

Physical Impairments:

1) Decrease range of motion/muscle flexibility.
2) Decrease strength.
3) Pain.
4) Deconditioned.
5) Tenderness with palpating.
6) Hypertonicity.
7) Positive orthopedic special tests.

Functional Limitations:

1) Impaired ADLs/IADLs.
2) Sleep disturbance.
3) Impaired recreational activities.

Mr. Santiago is a good candidate for physical therapy and his prognosis is excellent.

Short Term Goals – 2 weeks:

1) Increase active range of motions that is lacking by 10%.
2) Patient will complain of only 8/10 pain at its worse.
3) Independent with home exercise program.

Long Term Goals – 12-16 weeks:

1) Patient will be able to perform all ADLs/IADLs without any issues.
2) All ranges and strengths will be within normal limits.
3) No sleep disturbance.
4) Patient will be able to perform all recreational activities without any issues.

## PLAN OF CARE

3 times per week for 4 weeks, which in 4 weeks, a re-evaluation will be performed to assess his progression. Full plan of care is for 12-16 weeks. Mr. Santiago's of care will include: hot/cold packs, electric stimulation, manual therapy, active range of motion, stretching, strengthening, and home exercise program.

Treatment: MHP to lumbar spine and right knee and IFC to lumbar spine times 15 minutes.

3

ACTION CHIROPRACTIC & PT
870 MAIN STREET
SPRINGFIELD, MA 01103

670 MAIN STREET
SPRINGFIELD, MA 01103

PHONE #: (413) 734-7277
FAX #: (413) 734-7879

Name: _Pablo Santiago_   DOI: _12/25/20_

This form certifies that this patient is under my care for the following:

(X) Motor Vehicle Crash
( ) Pedestrian
( ) Work Related Injury

( ) Slip and Fall Injury
( ) Sports/Home Related Injury
( ) Other(s):

Treatment Plan:

( ) Referral to primary care physician / medical / osteopathic doctor.

Reason patient referred to PCP/medical/osteopathic doctor: _____

( ) Referral to other specialist. (specialty and reason): _____

(X) Physical Therapy - Diagnosis: _Lumbar Strain   Rt leg/knee Strain_

(X) Please Evaluate And Treat.  Frequency: _____ Per Week.  Duration: _____ Week(s)

| Modalities: | Manual Therapy: | Therapeutic Exercise: |
|---|---|---|
| ( ) Hot/Cold Packs. | ( ) PROM | ( ) AAROM/AROM |
| ( ) Ultrasound | ( ) Massage | ( ) Stretching |
| ( ) E-Stim | ( ) Joint Mobs./Traction | ( ) Strengthening |
| ( ) Paraffin | ( ) Myofascial Release | ( ) Cervical/Lumbar Stabilization |
| ( ) Contrast Bath | | ( ) Functional Training |
| | | ( ) Postural Education |
| | | ( ) Home Exercise Program |

Additional Comments/Precautions: _____

Action Physical Therapy & Rehabilitation, Inc. acknowledge that patient's have the right to treat with whomever they choose to for their rehabilitation needs. Our referrals are open for patients to decide whether or not they would like to treat with our rehabilitation providers or with a provider of their choice.

Please initial below, if you choose to treat with Action Physical Therapy & Rehabilitation, Inc. chiropractic or physical therapy department, which is owned by John E. Maslar, D.C.

John F. Maslar, D.C.,  - Doctor of Chiropractic

_PS_  Patient's Initials

_1/6/21_  Date

# 1500
## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

| Field | Value |
|---|---|
| 1. | MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] |
| 1a. INSURED'S I.D. NUMBER | 65450188/245 (For Program in Item 1) |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | SANTIAGO, PABLO |
| 3. PATIENT'S BIRTH DATE | 08 29 1957   M F |
| 4. INSURED'S NAME (Last Name, First Name, Middle Initial) | SANTIAGO, PABLO |
| 5. PATIENT'S ADDRESS (No., Street) | 432 SUMNER AVE |
| 6. PATIENT RELATIONSHIP TO INSURED | Self [ ] Spouse [ ] Child [ ] Other [ ] |
| 7. INSURED'S ADDRESS (No., Street) | 432 SUMNER AVE |
| CITY | SPRINGFIELD   STATE MA |
| 8. PATIENT STATUS | Single [X] Married [ ] Other [ ] |
| CITY | SPRINGFIELD   STATE MA |
| ZIP CODE | 01108 |
| TELEPHONE (Include Area Code) | 413 693 4570 |
| | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] |
| ZIP CODE | 01108 |
| TELEPHONE (Include Area Code) | 413 693 4570 |

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO

a. INSURED'S DATE OF BIRTH   MM DD YY   SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX M [ ] F [ ]

b. AUTO ACCIDENT? [ ] YES [ ] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? [ ] YES [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
PLYMOUTH ROCK ASSURANCE CO.

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [ ] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   Signature on File   DATE 01 06 21

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   Signature on File

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 12 20 20Y   INJURY | | FROM   TO |

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
JOHN F. MASIAR D.C.

17a.
17b. NPI 1558311381

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? [ ] YES [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. S39012A
2. S86811A
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 03 22 21 03 22 21 | 11 | 1 | 97110 | 1 | 165 00 | 1 | | NPI | 1245220607 |
| 03 22 21 03 22 21 | 11 | 1 | 97010 | 2 | 45 00 | 1 | | NPI | 1245220607 RODGERS |
| 03 22 21 03 22 21 | | | 97014 | | 50 00 | | | NPI | 1245220607 RODGERS |
| 03 24 21 03 24 21 | | | 97110 | | 65 00 | | | NPI | 1154749489 MASIH |
| 03 24 21 03 24 21 | | | 97010 | | 45 00 | | | NPI | 1154749489 MASIH |
| 03 24 21 03 24 21 | | | 97014 | | 50 00 | | | NPI | 1154749489 MASIH |

25. FEDERAL TAX I.D. NUMBER   04-3171699   SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.   SANPA00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [ ] YES [ ] NO

28. TOTAL CHARGE $ 320.00

29. AMOUNT PAID $

30. BALANCE DUE $ 320.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE · 04/06/2

32. SERVICE FACILITY LOCATION INFORMATION
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
a. 1366432627

33. BILLING PROVIDER INFO & PH # (413) 734-7277
Action Chiropractic
870 Main Street
Springfield, MA 01103
a. 1366432627

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Mfd. by Medical Arts Press
Call toll-free: 1-800-328-2179

#14710 - Medical Arts Press
Use with Envelope #14145 (gummed) or #14146 (self-seal)

1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

| | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (SSN or ID) | FECA BLK LUNG ☐ (SSN) | OTHER ☒ (ID) | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1) 65450188245

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, PABLO

3. PATIENT'S BIRTH DATE
08 29 1957 | SEX M ☐ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, PABLO

5. PATIENT'S ADDRESS (No., Street)
432 SUMNER AVE

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
432 SUMNER AVE

CITY SPRINGFIELD | STATE MA

8. PATIENT STATUS
Single ☐ Married ☐ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

CITY SPRINGFIELD | STATE MA

ZIP CODE 01108 | TELEPHONE (Include Area Code) ( 413 ) 693 4570

ZIP CODE 01108 | TELEPHONE (Include Area Code) ( 413 ) 693 4570

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ☐ NO ☐

a. INSURED'S DATE OF BIRTH
08 29 57 | SEX M ☒ F ☐

b. OTHER INSURED'S DATE OF BIRTH | SEX M ☐ F ☐

b. AUTO ACCIDENT?
YES ☐ NO ☐ PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
PLYMOUTH ROCK ASSURANCE CO.

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐ NO ☐ If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File | DATE 01 06 21

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
12 26 20 INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM | TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
JOHN F. MASLAR D.C.

17a. | 17b. NPI 1558311381

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM | TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES ☐ NO ☒ | $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. S39012A
2. S86811A
3.
4.

22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 04 05 21 04 05 21 | 11 | 1 | 97140 | 2 | 65 00 | 1 | | NPI | 1245220607 RODGERS |
| 2 04 05 21 04 05 21 | 11 | 1 | 97014 | 2 | 50 00 | 1 | | NPI | 1245220607 RODGERS |
| 3 04 05 21 04 05 21 | 11 | 1 | 97035 | 2 | 55 00 | 1 | | NPI | 1245220607 RODGERS |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN
04-3171699 ☒

26. PATIENT'S ACCOUNT NO.
SANPA00

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☐ NO ☐

28. TOTAL CHARGE
$ 170 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 170 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE 04/06/2
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
a. 1366432627

33. BILLING PROVIDER INFO & PH # ( 413 ) 734-7277
Action Chiropractic
870 Main Street
Springfield, MA 01103
b. 1366432627

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Mfd. by Medical Arts Press
Call toll-free: 1-800-328-2179

#14710 - Medical Arts Press
Use with Envelope #14145 (gummed) or #14146 (self-seal)

# Payment Listing

Claim Number: 654501887245
Claimant Number: 002
Claimant: ANTONIO SANTIAGO
Loss Date: 12/23/2020

Work Phone:
Phone Phone: (4
Address: 43
Sp

Policy Number: PRA0000023056168
Insured: Pablo Santiago

Coverage: PIP
Reserve: Claim Expense, Loss
Loss Types: Medical
Detail Types: Medical Expense, Loss Payment, PPO Fee Expense Payment

| Issue Date | Payee Name | Check Number | CTG | Amount | Date of Service | Memo |
|---|---|---|---|---|---|---|
| 05/19/2021 | MERCY HOSPITAL INC | 5510042447 | L | $941.00 | 12/23/2020-12/23/2020 | AAOJ6835 12/23/20 Antonio Santiago |
| 05/19/2021 | MITCHELL INTERNATIONAL INC | 5110005908 | E | $10.63 | 05/15/2021-05/15/2021 | Mitchell PPO Fees, Invoice Number920394898 Bill Number4546116 |
| 05/17/2021 | PILGRIM RISK MANAGEMENT LLC | B10835b0f6 | E | $6.97 | 05/14/2021-05/14/2021 | Payment of Medical Payments Benefits |
| 04/26/2021 | ACTION CHIROPRACTIC & PT | 5510041346 | L | $415.00 | 03/10/2021-03/17/2021 | SANAN01 3/10/21-3/17/21 Antonio Santiago |
| 04/16/2021 | MERCY INPATIENT MEDICAL ASSOCIATES INC | 5510040986 | L | $74.97 | 12/23/2020-12/23/2020 | 4546116 RCD 04/14/21; 122320-122320 BLD $134.00 ALWD $74.97 DED $0.00 CP $0.00 |
| 04/13/2021 | ACTION CHIROPRACTIC & PT | 5510040790 | L | $3,075.00 | 01/08/2021-03/08/2021 | SANAN01 1/8/21-3/8/21 Antonio Santiago |
| 03/18/2021 | EXAM WORKS INC | 5510039469 | E | $395.00 | | Invoice# 310-2280407 Antonio Santiago |
| 03/12/2021 | Sharecare Health Data Services, LLC | 5410433791 | E | $45.69 | | 2369398 Antonio Santiago |

Mercy Medical Center EDM *LIVE*
ED Physician Documentation Summary Report

Patient: SANTIAGO,ANTONIO 40/M
Account: AA0113611185     DOB: 05/08/1980
PCP:   CARHE

Service Date: 12/23/20
Service Time: 2223
MR#: MM08225878

## HPI

**General**
**Chief Complaint:** Motor Vehicle Collision
**Stated Complaint:** mvc this afternoon
**Time Seen by MD:** 22:09
**Source:** patient, RN notes reviewed
**Exam Limitations:** no limitations

**Documentation**
**Initial Comments**
40 year old male complaining of mvc this afternoon
**HPI Comment**
40-year-old male presents with left mid back pain after he gone to an MVC this afternoon.  He was the driver of vehicle that had another vehicle behind him that was trying to pass him on a side street when this vehicl ran into the driver side of his vehicle.  The airbags did not deploy and he was wearing his seatbelt.  He states that his time went on the pain in his back got worse.  He denies any numbness or tingling, headache, dizziness, nausea, vomiting or vision changes.  He has never had issues with his back before

## Past Medical History

**Past Medical History**
**PMH and Allergies Reviewed:** Yes

**PMH Collected at Triage**
**Allergies:**
**Coded Allergies:**
   No Known Drug Intolerances (Verified  Allergy, Unknown, 10/3/20)

**Social History**
**Smoking Status:** Never Smoker
**Alcohol History:** none
**Drug History:** denies

## Review Of Systems

**Review Of Systems**
**Constitutional Symptoms:** Denies: chills, diaphoresis, fever
**Cardiovascular:** Denies: chest pain
**Respiratory:** Denies: dyspnea
**Musculoskeletal:** Reports: back pain, muscle pain, muscle stiffness; Denies: extremity pain, joint pain, neck pain
**Gastrointestinal:** Denies: abdominal pain, diarrhea, nausea, vomiting
**Skin:** Denies: change in color
**Neurological:** Denies: headache, numbness, tingling, tremors, weakness
**Allergic/Immunologic:** Denies: immunocompromised
**Hematologic/Lymphatic:** Denies: bleeding, bruising

## Exam

**Exam**
**Vital Signs**

| MERCY HOSPITAL INC<br>271 CAREW ST<br>SPRINGFIELD MA 011042377 | MERCY HOSPITAL INC<br>PO BOX 531870<br>ATLANTA GA 303531870 | a CTRL # RAOJ6835<br>b MED REC # MM08225878 | | 4 TYPE OF BILL 0131 |
|---|---|---|---|---|
| | | 5 FED. TAX NO. 043398280 | 6 STATEMENT COVERS PERIOD FROM 122320 THROUGH 122320 | 7 |

| 8 PATIENT NAME a | 9 PATIENT ADDRESS a 432 SUMNER AVE 3RD FLR | |
|---|---|---|
| b SANTIAGO, ANTONIO | b SPRINGFIELD | c MA d 01108 e |

| 10 BIRTHDATE 05081980 | 11 SEX M | 12 DATE | ADMISSION 13 HR | 14 TYPE 1 | 15 SRC 1 | 16 DHR | 17 STAT 01 | CONDITION CODES 18 19 20 21 22 23 24 25 26 27 28 | 29 ACDT STATE MA | 30 |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 CODE OCCURRENCE SPAN FROM THROUGH | 36 CODE OCCURRENCE SPAN FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| a 02 122320 | | | | | | a |
| b | | | | | | b |

| PLYMOUTH ROCK<br>PO BOX 9112<br><br>BOSTON, MA 02112 | | 39 CODE VALUE CODES AMOUNT | 40 CODE VALUE CODES AMOUNT | 41 CODE VALUE CODES AMOUNT |
|---|---|---|---|---|
| | a | | | |
| | b | | | |
| | c | | | |
| | d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0450 | EMERGENCY ROOM | 99283 | 122320 | 1 | 941 00 | | 1 |
| 2 | | | | | | | 2 |
| 3 | | | | | | | 3 |
| 4 | | | | | | | 4 |
| 5 | | | | | | | 5 |
| 6 | | | | | | | 6 |
| 7 | | | | | | | 7 |
| 8 | | | | | | | 8 |
| 9 | | | | | | | 9 |
| 10 | | | | | | | 10 |
| 11 | | | | | | | 11 |
| 12 | | | | | | | 12 |
| 13 | | | | | | | 13 |
| 14 | | | | | | | 14 |
| 15 | | | | | | | 15 |
| 16 | | | | | | | 16 |
| 17 | | | | | | | 17 |
| 18 | | | | | | | 18 |
| 19 | | | | | | | 19 |
| 20 | | | | | | | 20 |
| 21 | | | | | | | 21 |
| 22 | | | | | | | 22 |
| 23 0001 | PAGE 1 OF 1 | CREATION DATE 050521 | TOTALS ➤ | | 941 00 | | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1043204316 | 57 |
|---|---|---|---|---|---|---|---|
| A AUTO INSURANCE1 | | Y | Y | | | | A |
| B | | | | | | OTHER PRV ID | B |
| C | | | | | | | C |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. | |
|---|---|---|---|---|---|
| A SANTIAGO, ANTONIO | 18 | 654501887245 | | | A |
| B | | | | | B |
| C | | | | | C |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME | |
|---|---|---|---|
| A | | | A |
| B | | | B |
| C | | | C |

| 66 DX S29012A M546 F17200 | | | | | | 68 |
|---|---|---|---|---|---|---|

| 69 ADMIT DX M546 | 70 PATIENT REASON DX M546 | 71 PPS CODE | 72 ECI V445XXA Y92410 Y9389 | 73 |
|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1588764542 QUAL |
|---|---|---|---|---|
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | LAST NOONAN FIRST MICHAEL |
| | | | | 77 OPERATING NPI QUAL |
| | | | | LAST FIRST |

| 80 REMARKS PLYMOUTH ROCK<br>PO BOX 9112<br><br>BOSTON, MA 02112 | 81CC a B3282N00000X<br>b<br>c<br>d | 78 OTHER NPI QUAL LAST FIRST |
|---|---|---|
| | | 78 OTHER NPI QUAL LAST FIRST |
| | | 79 OTHER NPI QUAL LAST FIRST |

UB-04 CMS-1450    NLCF-UB04-I    APPROVED OMB NO. 0938-0997    OCR/Original    NUBC National Uniform Billing Committee 24394804    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

# ACTION CHIROPRACTIC AND PT, INC.
## 870 Main Street Springfield, MA. 01103
### Phone: (413) 734-7277          Fax: (413) 734-7879

## CLINICAL MANAGEMENT PLAN

Name: Antonio Santiago    DOB: 05/08/80   DOI: 12/23/20   Date: 01/08/21

## CASE HISTORY

Antonio Santiago presented to our office on 01/08/21 complaining of neck and back pain following an automobile accident on 12/23/20. He was the restrained driver of the vehicle. He stated that he was going straight when a mail truck swerved into his lane causing a side swipe accident that ripped his mirror off. He had tried to avoid the impact and swerved hard away from the truck wrenching his neck and back in the process. The police responded to the scene and a report was filed. Mr. Santiago reported pain starting over the next few hours that increased in the days following. He reported to Mercy Medical Center for care and was examined and eventually released with a prescription for Cyclobenzaprine along with follow up instructions. Upon presentation to this facility the patient reported neck and back pain that he rated as a constant 8-9/10 that was interfering with many of his daily living activities. After a review of the history and an initial exam it is my opinion that there is a direct causal relationship between the accident described and the patient's initial complaints.

## PAST MEDICAL HISTORY/FAMILY HISTORY/SOCIAL HISTORY

Mr. Santiago sustained injuries in an automobile accident in 2020 and was towards the end of his treatment when this accident occurred. He had been treating for neck and back injuries and stated that his pain had been reduced down to a 2-3/10 prior to this accident. Now his pain is rated as an 8-9/10 that remained constant and is giving him difficulty with many of his simple living activities.  The rest of the patient's past medical history and review of systems was non-contributory in as much as they denied any similar symptoms prior to the 12/23/20 accident.  Family history includes diabetes. Social History smoking cigarettes and the occasional use of marijuana.

## DISABILITY

Mr. Santiago is currently employed with Frank's Liquor Store and reported job duties including lifting, long periods of standing and repetitive movements. He can not accept disability at this time out of financial obligations. Also since the accident he reported increased pain and difficulty with many of his simple living activities such as standing, lifting, lying in bed, shaving, doing housework or with sleeping. This is subject to change with progress or exacerbations of injuries or symptoms.

## CLINICAL FINDINGS

An initial evaluation was performed on Mr. Santiago on 01/08/21. He presented as a 5'9", 180lb. male with a well-proportioned build. The patient's blood pressure was measured to be 135/99 mmhg with a pulse rate of 80 beats per minute and a respiration rate of 19 breaths per minute. His carriage and gait were normal but his general neck and upper back movements were restricted and slow.

Continued on page 2

Clinical Management Plan
Page 3
Re: Antonio Santiago

Radiographs were not deemed necessary at this time.

## WORKING DIAGNOSES

S13.4xxA – Sprain of ligaments of the cervical spine
M99.12 – Subluxation complex of the thoracic region
M62.830 – Muscle spasm of the back
M62.838 – Muscle spasm of the neck

## PROGNOSIS

The prognosis at this time is good barring any complications.

Short Term Goals:

1. Find and correct vertebral subluxation complex (VSC).
2. Reduce muscular hypertonicity and or spasm.
3. Reduce pain and edema.

Long Term Goals:

1. Restore spinal range of motion and flexibility.
2. Return the patient to pre-accident status.
3. Educate patient for self-care/home maintenance program.
4. Return to normal activities of daily living (ADL).

## TREATMENT PLAN

The patient will be treated with a trial period of chiropractic at 3 times a week for 2-4 weeks with a re-evaluation to follow to monitor condition. This period will first include the relief phase of care to help the patient decrease pain and tolerate additional therapy. Then the patient will move into the therapeutic phase of care and be monitored for improvement and further therapeutic needs. The patient may need rehabilitative treatment towards the end of their care plan based on individual functional response to care. All treatment will be determined based on the patient's functional response to care as well as objective and subjective clinical outcomes. The chiropractic techniques that may be utilized to correct subluxation include diversified (DVF), Flexion/Distraction (Flex/Dist), activator (ACT), sacral occipital technique (SOT) and Thompson.

## TREATMENT

Chiropractic adjustments will be performed to correct the vertebral subluxation complex and restore normal body mechanics. Adjustments will also promote proper healing and restore proprioceptive input through the involved segments of the spine to aid in returning the patient to pre-accident function.

Chiropractic adjustments may be supported by the following modalities.

Continued on page 4

*MedAudit Complete Tron, Joyce 4/14/2021*



Plymouth Rock
PO Box 9112

Boston, MA 02112

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

☐☐ PICA                                                                                    PICA ☐☐

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) ☒ | FECA BLK LUNG (ID#) | OTHER (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 654501887245 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, ANTONIO

3. PATIENT'S BIRTH DATE  MM 05 DD 08 YY 1980   SEX  M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, ANTONIO

5. PATIENT'S ADDRESS (No., Street)
432 SUMNER AVE 3RD FLR

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
432 SUMNER AVE 3RD FLR

CITY   SPRINGFIELD           STATE MA

8. RESERVED FOR NUCC USE

CITY   SPRINGFIELD           STATE MA

ZIP CODE 01108   TELEPHONE (Include Area Code) ( 413 ) 6935053

ZIP CODE 01108   TELEPHONE (Include Area Code) ( 413 ) 6935053

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  MM 05 DD 08 YY 1980   SEX  M ☒  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☒ YES  ☐ NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES  ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  on file          DATE  12/23/2020

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  on file

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM 12 DD 23 YY 2020  QUAL.

15. OTHER DATE  MM  DD  YY  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM        TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
Michael Noonan

17a.
17b. NPI  1588764542

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM        TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES  ☐ NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 10
A. M549   B. S39012A   C. V4940XA   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1  12 23 20  12 23 20 | 23 | Y | 99283 | A,B,C | 134  00 | 1 | | NPI | 1588764542 |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
043029929

26. PATIENT'S ACCOUNT NO.
63C113611185

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES  ☐ NO

28. TOTAL CHARGE  $ 134  00

29. AMOUNT PAID  $  0

30. Rsvd for NUCC Use  134  00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Michael Noonan, MD
DATE  01/14/2021

32. SERVICE FACILITY LOCATION INFORMATION
Mercy Inpatient Medical Associates ED
271 Carew St.
Springfield, MA 01104
a. 1407845282   b.

33. BILLING PROVIDER INFO & PH # ( 413 ) 437-7464
Mercy Inpatient Medical Associates, Inc.
P.O. Box 419199
Boston, MA 02241-9199
a. 1407845282   b.

NUCC Instruction Manual available at: www.nucc.org          PLEASE PRINT OR TYPE          CR061653   APPROVED OMB-0938-1197 FORM 1500 (02-12)

# 1500

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

1. MEDICARE ☐ MEDICAID ☐ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒

1a. INSURED'S I.D. NUMBER: 654501887245

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): SANTIAGO, ANTONIO

3. PATIENT'S BIRTH DATE: 05 08 1980 SEX M☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial): SANTIAGO  ANTONIO

5. PATIENT'S ADDRESS (No., Street): 432 SUMNER AVE
CITY: SPRINGFIELD  STATE
ZIP CODE: 01108
TELEPHONE: (413) 693 5053

6. PATIENT RELATIONSHIP TO INSURED: Self☐ Spouse☐ Child☒ Other☐

7. INSURED'S ADDRESS (No., Street): 432 SUMNER AVE
CITY: SPRINGFIELD  STATE: MA
ZIP CODE: 01108
TELEPHONE: (413) 693 5053

8. PATIENT STATUS: Single☒ Married☐ Employed☐ Full-Time Student☐ Part-Time Student☐

9. OTHER INSURED'S NAME:
a. OTHER INSURED'S POLICY OR GROUP NUMBER
b. OTHER INSURED'S DATE OF BIRTH  SEX
c. EMPLOYER'S NAME OR SCHOOL NAME
d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? YES☐ NO☒
b. AUTO ACCIDENT? YES☒ NO☐ PLACE (State) MA
c. OTHER ACCIDENT? YES☐ NO☒
10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH: 05 08 80 SEX M☒
b. EMPLOYER'S NAME OR SCHOOL NAME
c. INSURANCE PLAN NAME OR PROGRAM NAME: PLYMOUTH ROCK ASSURANCE CO.
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☒

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File  DATE 01 08 21

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File

14. DATE OF CURRENT: 12 23 20 INJURY
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS
16. DATES PATIENT UNABLE TO WORK
17. NAME OF REFERRING PROVIDER
17b. NPI
18. HOSPITALIZATION DATES
19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? YES☐ NO☐

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. S134XXA
2. M9912
3. M62830
4. M62838

22. MEDICAID RESUBMISSION
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To | B. PLACE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS/UNITS | H. | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 08 21 01 08 21 | 11 | | 99213 | | 1 2 3 4 | 200 00 | 1 | | NPI | MASLAR 1558311381 |
| 01 11 21 01 11 21 | 11 | | 98940 | | 1 2 3 4 | 65 00 | 1 | | NPI | GRAZIANO 1881718716 |
| 01 11 21 01 11 21 | 11 | | 97010 | | 1 2 3 4 | 45 00 | 1 | | NPI | GRAZIANO 1881718716 |
| 01 11 21 01 11 21 | 11 | | 97014 | | 1 2 3 4 | 50 00 | 1 | | NPI | GRAZIANO 1881718716 |
| 01 13 21 01 13 21 | 11 | | 98940 | | 1 2 3 4 | 65 00 | 1 | | NPI | MASLAR 1558311381 |

25. FEDERAL TAX I.D. NUMBER: 01 13 21 01 13 2 SSN EIN
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? YES☐ NO☐
28. TOTAL CHARGE $ 470 00
29. AMOUNT PAID
30. BALANCE DUE 470.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SIGNATURE ON FILE  DATE 03/10/2

32. SERVICE FACILITY LOCATION INFORMATION: Action Chiropractic & PT  870 Main Street  Springfield, MA 01103  a.1366432627

33. BILLING PROVIDER INFO & PH #: Action Chiropracti 413 734-7277  870 Main Street  Springfield, MA 01103  a. 1366432627

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

PICA

| 1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| | 654501887245 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| SANTIAGO, ANTONIO | 05 08 1980  M ☐ F ☐ | | SANTIAGO  ANTONIO |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 432 SUMNER AVE | Self ☐ Spouse ☐ Child ☒ Other ☐ | 432 SUMNER AVE |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| SPRINGFIELD | MA | Single ☒ Married ☐ Other ☐ | SPRINGFIELD | MA |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 01108 | ( 413 ) 693 5053 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 01108 | ( 413 ) 693 5053 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒ | a. INSURED'S DATE OF BIRTH  05 08 80  SEX M ☒ F ☐ |
|---|---|---|
| b. OTHER INSURED'S DATE OF BIRTH  SEX M ☐ F ☐ | b. AUTO ACCIDENT?  YES ☒ NO ☐  PLACE (State) MA | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  YES ☐ NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME  PLYMOUTH ROCK ASSURANCE CO. |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐ NO ☒  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED  Signature on File  DATE  01 08 21 | SIGNED  Signature on File |

| 14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 12 23 20  INJURY | | FROM  TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | 17b. NPI | FROM  TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  YES ☐ NO ☐  $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) | 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|
| 1. LS134XXA    3. M62830 | |
| 2. M9912    4. M62838 | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From — To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 01 18 21 01 18 21 | 11 | 1 | 97014 | 1 2 3 | 50 00 | 1 | | NPI | GRAZIANO 1881718716 |
| 01 20 21 01 20 21 | 11 | 1 | 98940 | 1 2 3 | 65 00 | 1 | | NPI | MASLAR 1558311381 |
| 01 20 21 01 20 21 | 11 | 1 | 97012 | 1 2 3 | 60 00 | 1 | | NPI | MASLAR 1558311381 |
| 01 22 21 01 22 21 | 11 | 1 | 98940 | 1 2 3 4 | 65 00 | 1 | | NPI | SCICLUNA 1780674978 |
| 01 22 21 01 22 21 | 11 | 1 | 97012 | 1 2 3 4 | 60 00 | 1 | | NPI | SCICLUNA 1780674978 |
| | | | | | | | | NPI | GRAZIANO 1881718716 |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT?  YES ☐ NO ☐ | 28. TOTAL CHARGE  $ 365 00 | 29. AMOUNT PAID  $ | 30. BALANCE DUE  $ 365.00 |
|---|---|---|---|---|---|
| 043171689  25 ☐ | SANDANI | | | | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH #  413 734-7277 |
|---|---|---|
| SIGNATURE ON FILE  03/10/2  DATE | Action Chiropractic & PT  870 Main Street  Springfield, MA 01103 | Action Chiropractic  870 Main Street  Springfield, MA 01103 |
| | a. 1366432627 | a. 1366432627 |

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE

Mfd. by Medical Arts Press
Call toll-free: 1-800-328-2179

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)
#14710 - Medical Arts Press
Use with Envelope #14145 (gummed) or #14146 (self-seal)

1500

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

PICA

| 1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program In Item 1) |
|---|---|
|  | 654501887245 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, ANTONIO

3. PATIENT'S BIRTH DATE  05 08 1980  SEX M

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, ANTONIO

5. PATIENT'S ADDRESS (No., Street)
432 SUMNER AVE

6. PATIENT RELATIONSHIP TO INSURED  Self  Spouse  Child X  Other

7. INSURED'S ADDRESS (No., Street)
432 SUMNER AVE

CITY SPRINGFIELD  STATE

8. PATIENT STATUS  Single  Married  Other
Employed X  Full-Time Student  Part-Time Student

CITY SPRINGFIELD  STATE MA

ZIP CODE 01108  TELEPHONE ( 413 693 5053

ZIP CODE 01108  TELEPHONE (413) 693 5053

9. OTHER INSURED'S NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT?  YES  NO X
b. AUTO ACCIDENT?  YES X  NO  PLACE (State) MA
c. OTHER ACCIDENT?  YES  NO X

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH  05 08 80  SEX M X
b. EMPLOYER'S NAME OR SCHOOL NAME
c. INSURANCE PLAN NAME OR PROGRAM NAME
PLYMOUTH ROCK ASSURANCE CO.
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  Signature on File  DATE 01 08 21

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  Signature on File

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY 12 23 20  LMP INJURY

17. NAME OF REFERRING PROVIDER  17a.  17b. NPI

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. S134XXA  3. M62830
2. M9912  4. M62838

| 24. DATE(S) OF SERVICE From / To | PLACE OF SERVICE | EMG | CPT/HCPCS MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS/UNITS | QUAL | RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|
| 02 03 21 02 03 21 | 11 | | 98940 | 1 2 3 4 | 65 00 | 1 | NPI | SCICLUNA 1780674978 |
| 02 03 21 02 03 21 | 11 | | 97012 | 1 2 3 | 60 00 | 1 | NPI | SCICLUNA 1780674978 |
| 02 05 21 02 05 21 | 11 | | 98940 | 1 2 3 4 | 65 00 | 1 | NPI | SCICLUNA 1780674978 |
| 02 05 21 02 05 21 | 11 | | 97012 | 1 2 3 | 60 00 | 1 | NPI | SCICLUNA 1780674978 |
| 02 08 21 02 08 21 | 11 | | 98940 | 1 2 3 4 | 65 00 | 1 | NPI | GRAZIANO 1881718716 |

25. FEDERAL TAX I.D. NUMBER  02 08 21 02 08 21  SSN EIN

28. TOTAL CHARGE $ 375 00  29. AMOUNT PAID  30. BALANCE DUE 375.00 / 1881718716

31. SIGNATURE OF PHYSICIAN  SIGNATURE ON FILE  DATE 03/10/2

32. SERVICE FACILITY LOCATION
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
a. 1366432627

33. BILLING PROVIDER INFO & PH # 413 734-7277
Action Chiropractic
870 Main Street
Springfield, MA 01103
a. 1366432627

NUCC Instruction Manual available at: www.nucc.org  APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | 654501887245 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, ANTONIO

3. PATIENT'S BIRTH DATE: 05 08 1980  SEX M

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, ANTONIO

5. PATIENT'S ADDRESS (No., Street)
432 SUMNER AVE

6. PATIENT RELATIONSHIP TO INSURED: Child X

7. INSURED'S ADDRESS (No., Street)
432 SUMNER AVE

CITY: SPRINGFIELD  STATE: MA

8. PATIENT STATUS: Single X

CITY: SPRINGFIELD  STATE: MA

ZIP CODE: 01108  TELEPHONE (413) 693 5053

ZIP CODE: 01108  TELEPHONE (413) 693 5053

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? NO X
b. AUTO ACCIDENT? YES X  PLACE (State) MA
c. OTHER ACCIDENT? NO X

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH: 05 08 80  SEX M
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO
c. INSURANCE PLAN NAME OR PROGRAM NAME
PLYMOUTH ROCK ASSURANCE CO.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  Signature on File  DATE 01 08 21

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  Signature on File

14. DATE OF CURRENT: 12 23 20  ILLNESS/INJURY

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. S134XXA  3. M62830
2. M9912  4. M62838

| 24. A. DATE(S) OF SERVICE From - To | B. PLACE | C. EMG | D. PROCEDURES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS | H. | I. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 17 21 02 17 21 | 11 | 1 | 98940 | | 1 2 3 4 | 65 00 | | | NPI | MASLAR 1558311381 |
| 02 17 21 02 17 21 | 11 | 1 | 97012 | | 1 2 3 4 | 60 00 | | | NPI | MASLAR 1558311381 |
| 02 22 21 02 22 21 | 11 | 1 | 98940 | | 1 2 3 4 | 65 00 | | | NPI | GRAZIANO 1881718716 |
| 02 22 21 02 22 21 | 11 | 1 | 97012 | | 1 2 3 4 | 60 00 | | | NPI | GRAZIANO 1881718716 |
| 02 24 21 02 24 21 | 11 | 1 | 98940 | | 1 2 3 4 | 65 00 | | | NPI | SCICLUNA 1780674978 |
| 02 24 21 02 24 21 | 11 | 1 | | | 1 2 3 4 | | | | NPI | SCICLUNA 1780674978 |

25. FEDERAL TAX I.D. NUMBER: SSN EIN  26. PATIENT'S ACCOUNT NO.  27. ACCEPT ASSIGNMENT?  28. TOTAL CHARGE 375.00  29. AMOUNT PAID  30. BALANCE DUE 375.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
SIGNATURE ON FILE  DATE 03/10/2

32. SERVICE FACILITY LOCATION INFORMATION
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
a. 1366432627

33. BILLING PROVIDER INFO & PH # (413) 734-7277
Action Chiropractic
870 Main Street
Springfield, MA 01103
a. 1366432627

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

| 1500 | |
|---|---|
| **HEALTH INSURANCE CLAIM FORM** | |
| APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05 | |

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

┌─ PICA ─────────────────────────────────────── X ─────────────── PICA ─┐

**1. MEDICARE** ☐ *(Medicare #)*  **MEDICAID** ☐ *(Medicaid #)*  **TRICARE CHAMPUS** ☐ *(Sponsor's SSN)*  **CHAMPVA** ☐ *(Member ID#)*  **GROUP HEALTH PLAN** ☐ *(SSN or ID)*  **FECA BLK LUNG** ☐ *(SSN)*  **OTHER** ☑ *(ID)*  **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
654501887245

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
SANTIAGO, ANTONIO

**3. PATIENT'S BIRTH DATE** 05 08 1980  **SEX** M ☑ F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
SANTIAGO, ANTONIO

**5. PATIENT'S ADDRESS** (No., Street)
432 SUMNER AVE

**6. PATIENT RELATIONSHIP TO INSURED** Self ☑ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
432 SUMNER AVE

**CITY** SPRINGFIELD  **STATE** MA

**8. PATIENT STATUS** Single ☐ Married ☐ Other ☐

**CITY** SPRINGFIELD  **STATE** MA

**ZIP CODE** 01108  **TELEPHONE** (Include Area Code) ( 413 ) 693 5053

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

**ZIP CODE** 01108  **TELEPHONE** (Include Area Code) ( 413 ) 693 5053

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) YES ☐ NO ☑

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☐ X

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☐

**b. AUTO ACCIDENT?** YES ☐ NO ☐  **PLACE (State)** MA

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES ☐ NO ☑

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
PLYMOUTH ROCK ASSURANCE CO.

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☐ *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED Signature on File  DATE 01 08 21

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED Signature on File

**14. DATE OF CURRENT:** MM 12 DD 20 YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  INJURY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**

17a. |
17b. NPI |

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES ☐ NO ☑  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. S134XXA
2. M9912
3. M62830
4. M62838

**22. MEDICAID RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 10 21 | 03 10 21 | 11 | 1 | 98940 | | 1 2 3 | 65 00 | 1 | | NPI | SCICLUNA 1780674978 |
| 03 10 21 | 03 10 21 | 11 | 1 | 97012 | | 1 2 3 4 | 60 00 | 1 | | NPI | SCICLUNA 1780674978 |
| 03 15 21 | 03 15 21 | 11 | 1 | 98940 | | 1 2 3 4 | 65 00 | | | NPI | GRAZIANO 1881718716 |
| 03 15 21 | 03 15 21 | 11 | 1 | 97012 | | 1 2 3 | 60 00 | | | NPI | GRAZIANO 1881718716 |
| | | | | 98940 | | | 65 00 | | | NPI | MASLAR 1558341381 |
| | | | | | | | 100 | | | NPI | MASLAR |

**25. FEDERAL TAX I.D. NUMBER** 04-3171699  SSN ☐ EIN ☑

**26. PATIENT'S ACCOUNT NO.** SANAN01

**27. ACCEPT ASSIGNMENT?** YES ☐ NO ☐

**28. TOTAL CHARGE** $ 415.00

**29. AMOUNT PAID** $ 415.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE  04/13/2

**32. SERVICE FACILITY LOCATION INFORMATION**
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
a. 1366432627

**33. BILLING PROVIDER INFO & PH #** ( 413 ) 734-7277
Action Chiropractic
870 Main Street
Springfield, MA 01103
a. 1366432627

Mfd. by Medical Arts Press
Call toll-free: 1-800-328-2179
#14710 - Medical Arts Press
Use with Envelope #14145 (gummed) or #14148 (self-seal)

**1500**

## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PLYMOUTH ROCK ASSURANCE CO.
P.O. BOX 9112
BOSTON, MA 02112-9112

PICA ☐☐ | X | PICA ☐☐

| 1. MEDICARE (Medicare #) ☐ | MEDICAID (Medicaid #) ☐ | TRICARE CHAMPUS (Sponsor's SSN) ☐ | CHAMPVA (Member ID#) ☐ | GROUP HEALTH PLAN (SSN or ID) ☐ | FECA BLK LUNG (SSN) ☐ | OTHER (ID) ☐ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 654501887245 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM 08 DD 01 YY 1980  SEX M ☐ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SANTIAGO, ANTONIO

5. PATIENT'S ADDRESS (No., Street)
SPRINGFIELD   MA

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
432 SUMNER AVE

CITY   STATE

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY
SPRINGFIELD   STATE MA

ZIP CODE 01108   TELEPHONE (Include Area Code) 413 693 9053

ZIP CODE 01108   TELEPHONE (Include Area Code) 413 693 5053

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH  MM DD YY  SEX M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX M ☐ F ☐

b. AUTO ACCIDENT?  ☐ YES ☐ NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
PLYMOUTH ROCK ASSURANCE CO.

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☐ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED Signature on file  DATE 01 08 21

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED Signature on File

14. DATE OF CURRENT:  MM 12 DD 28 YY 20  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. S134XXA   3. M62830
2. M9912   4. M62838

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 04 16 21 04 16 21 | 11 | | 99211 | 1 2 3 | 100 00 | 1 | | NPI | 1558311381 |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 04-3171699  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO. SANAN01

27. ACCEPT ASSIGNMENT? ☐ YES ☐ NO

28. TOTAL CHARGE $ 100.00

29. AMOUNT PAID $

30. BALANCE DUE $ 100.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE  04/21/2

32. SERVICE FACILITY LOCATION INFORMATION
Action Chiropractic & PT
870 Main Street
Springfield, MA 01103
a. 1366432627

33. BILLING PROVIDER INFO & PH # (413) 734-7277
Action Chiropractic
870 Main Street
Springfield, MA 01103
a. 1366432627

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)
#14710 - Medical Arts Press
Use with Envelope #14145 (gummed) or 414146 (self-seal)

Mfd. by Medical Arts Press
Call toll-free: 1-800-328-2179